

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-85,411-01

**EX PARTE CHARLES MATTHEW SHAW, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. C-1-010800-1280420-A IN THE CRIMINAL DISTRICT COURT NO. 1
### FROM TARRANT COUNTY

**YEARY, J., filed a dissenting opinion.**

### <u>DISSENTING OPINION</u>

I dissent for the reasons stated in my dissenting opinion in *Ex parte Fournier*, 473

S.W.3d 789 (Tex. Crim. App. 2015).

FILED: September 14, 2016
DO NOT PUBLISH